IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEANETTE BOSCH o/b/o<br>MICHAEL BOSCH (dec'd),<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CV 06-1563-MA<br><br>J U D G M E N T |

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this _8 day of January, 2008.

                                /s/ Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge